**No. 68784.**—D. C. Andrews, Inc., et al. *v.* United States, protests 59/25151–11073, etc. (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.